IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHE DECHAUNE MARKS, :

    Plaintiff, :

vs. : CIVIL ACTION 09-0829-WS-C

OFFICER MCCARTHEY, :

    Defendant. :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby dismissed without prejudice.

DONE this 23rd day of March, 2010.

                                          s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE